RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Collin Stevenson Fox

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>COLLIN STEVENSON FOX,<br><br>        Defendant. | Case No. 2:22-mj-00368-BNW<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Collin Stevenson Fox, that the bench trial currently scheduled on July 13, 2022, at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    Defense counsel needs further investigation into this matter.

    2.    The defendant is out of custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

1  This is the first request for a continuance of the bench trial.

2  DATED this 7th day of July, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | */s/ Angelica Marmorstein*<br>By_____<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>COLLIN STEVENSON FOX,<br><br>  Defendant. | Case No. 2:22-mj-00368-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs further investigation into this matter.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, July 13, 2022 at 9:00 a.m., be vacated and continued to September 14, 2022 at 9:00 a.m.

DATED this  8th  day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE